UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CLIFTON MASSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-CV-136 RLM |
| ) | |
| OFFICER JOEL ALBERTSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The initial partial filing fee having been paid, the court **DIRECTS** the clerk and the

United States Marshals Service to issue and serve process on the defendants with a copy

of the complaint as required by 28 U.S.C. § 1915(d).

SO ORDERED.

ENTERED: October  20 , 2016

 /s/ Robert L. Miller, Jr.
Judge,
United States District Court